STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT

JUN 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5058 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE ₹ ORDER** |
| This document relates to all actions. | Hearing: None |
| | Time: None |
| | Courtroom: 6 |
| | Judge: Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated JUN 22 2012

_____
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;
3    WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;
6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:
10    (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12    (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14    (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16    (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18    (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20    (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22    (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24    (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26    (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

STIPULATED DISMISSAL                -2-              2:06-MDL-01745 SVW (VBKx)

1    (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2    SVW (RCx) (Northern California Region);

3    (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4    4985(RCx) (Michigan Region);

5    (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6    (RCx) (Carolina Region);

7    (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8    SVW (RCx) (Atlanta Region);

9    (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10   5008(RCx) (Indiana Region);

11   (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12   5012 SVW (RCx) (Boston Region);

13   (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14   5018-SVW (RCx) (Ohio Region);

15   (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16   SVW (RCx) (Philadelphia Region);

17   (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18   06-5058(RCx) (Houston Region);

19   (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20   SVW (RCx) (Wisconsin Region);

21   (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22   SVW (RCx) (District of Columbia Region);

23   (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24   SVW (RCx) (Arizona Region);

25   (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26   (RCx) (Seattle Region).

27

28

Dated:  May 22, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Jennifer F. Connolly
        Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C.  20006
Tel.:  (202) 355-6435
Fax:  (202) 355-6455
E-mail:  JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA  90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail:  Lee@hbsslaw.com
            Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email:  steve@hbsslaw.com
            george@hbsslaw.com
            tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Tel.: (312) 346-2222
Fax:  (312) 346-0022
E-mail: kaw@wexlerwallace.com
            mrm@wexlerwallace.com

1    Lee Squitieri
     Olga A. Pettigrew
2    SQUITIERI & FEARON LLP
     32 East 57th Street, 12th Floor
3    New York, NY  10022
     Tel.: (212) 421-6492
4    Fax: (212) 421-6553
     E-mail:  lee@sfclasslaw.com
5
     ***Co-Lead Counsel and Executive Committee***
6    ***Members***

7    Jeffrey Kodroff
     SPECTOR, ROSEMAN, KODROFF &
8    WILLIS, P.C.
     1818 Market Street, Suite 2500
9    Philadelphia, PA  19103
     Tel.: (215) 496 0300
10   Fax: (215) 496 6611
     E-mail: jkodroff@srkw-law.com
11
     Nicholas Chimicles
12   Kimberly Donaldson
     CHIMICLES & TIKELLIS LLP
13   361 W. Lancaster Avenue
     Haverford, PA  19401
14   Tel.: (610) 642-8500
     Fax: (610) 649-3633
15   E-mail:  nick@chimicles.com
              kimdonaldson@chimicles.com
16
     Lance Harke
17   HARKE & CLASBY
     9699 NE Second Avenue
18   Miami, FL 33138
     Tel.: (305) 536-8220
19   Fax: (305) 536-8229
     E-mail:  lharke@harkeclasby.com
20
     Hollis Salzman
21   LABATON SUCHAROW
     140 Broadway
22   New York, NY 10005
     Tel.:(212) 907-0700
23   Fax:(212) 818-0477
     E-mail: hsalzman@labaton.com
24
     ***Executive Committee Members***
25
26

27

28

Dated:  May 22, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Jonathan M. Jacobson
Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY  10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone:  (310) 586-3200

***Attorneys for Defendants***