1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
4  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C. 20006
9  Telephone: (202) 355-6435
   Facsimile: (202) 355-6455
10 jenniferc@hbsslaw.com

11 *Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5058 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None |
| | Time: None |
| | Courtroom: 6 |
| | Judge: Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated: JUN 22 2012

United States District Judge
STEPHEN V. WILSON

1   WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2   consolidated for purposes of coordinated pretrial proceedings;
3   WHEREAS, the parties have reached a global settlement of all twenty-two
4   actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5   two actions with prejudice;
6   NOW, THEREFORE, the parties, by and through their attorneys of record,
7   and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8   that this MDL and the following member actions are hereby dismissed with
9   prejudice:
10   (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11   (RCx) (Chicago Region);
12   (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13   SVW (RCx) (New York/New Jersey Region);
14   (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15   SVW (RCx) (Boston Region);
16   (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17   2:05-cv-06704-SVW-VBK (Los Angeles Region);
18   (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19   04987-SVW-VBK (Denver Region).
20   (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21   SVW (RCx) (South Florida Region);
22   (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23   2382-SVW (RCx) (Philadelphia Region);
24   (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25   SVW (RCx) (Northern California Region);
26   (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27   SVW (RCx) (Michigan Region);
28

(10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

(11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

(12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

(13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

(14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

(15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

(16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

(17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

(18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

(19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

(20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

(21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

(22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

| | |
|---|---|
| Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: /s/ Jennifer F. Connolly
    Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
        Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
       george@hbsslaw.com
       tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
       mrm@wexlerwallace.com

| | |
|---|---|
| 1 | |
| 2 | Lee Squitieri |
| | Olga A. Pettigrew |
| 3 | SQUITIERI & FEARON LLP |
| | 32 East 57th Street, 12th Floor |
| 4 | New York, NY  10022 |
| | Tel.: (212) 421-6492 |
| 5 | Fax: (212) 421-6553 |
| | E-mail:  lee@sfclasslaw.com |
| 6 | ***Co-Lead Counsel and Executive Committee Members*** |
| 7 | |
| 8 | Jeffrey Kodroff |
| | SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C. |
| 9 | 1818 Market Street, Suite 2500 |
| | Philadelphia, PA  19103 |
| 10 | Tel.: (215) 496 0300 |
| | Fax: (215) 496 6611 |
| 11 | E-mail: jkodroff@srkw-law.com |
| 12 | Nicholas Chimicles |
| | Kimberly Donaldson |
| 13 | CHIMICLES & TIKELLIS LLP |
| | 361 W. Lancaster Avenue |
| 14 | Haverford, PA  19401 |
| | Tel.: (610) 642-8500 |
| 15 | Fax: (610) 649-3633 |
| | E-mail:  nick@chimicles.com |
| 16 | kimdonaldson@chimicles.com |
| 17 | Lance Harke |
| | HARKE & CLASBY |
| 18 | 9699 NE Second Avenue |
| | Miami, FL 33138 |
| 19 | Tel.: (305) 536-8220 |
| | Fax: (305) 536-8229 |
| 20 | E-mail:  lharke@harkeclasby.com |
| 21 | Hollis Salzman |
| | LABATON SUCHAROW |
| 22 | 140 Broadway |
| | New York, NY 10005 |
| 23 | Tel.:(212) 907-0700 |
| | Fax:(212) 818-0477 |
| 24 | E-mail: hsalzman@labaton.com |
| 25 | ***Executive Committee Members*** |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |

By:   /s/ Jonathan M. Jacobson
      Jonathan M. Jacobson
      1301 Avenue of the Americas
      40th Floor
      New York, NY 10019
      Telephone: (212) 999-5800
      Facsimile: (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone: (310) 586-3200

***Attorneys for Defendants***